**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-2752

———————

LEON HILTON GILLIS,

                                    Plaintiff - Appellant,

        versus

BUD WALSH, NRV Fairgrounds; DWIGHT FRALIN,
Dublin Lions Club; WILLARD AKERS, Dublin Lions
Club,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-98-556-R)

———————

Submitted:  February 11, 1999        Decided:  February 23, 1999

———————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Leon Hilton Gillis, Appellant Pro Se.  Lori Elizabeth Jones, JOHN-
SON, AYERS & MATTHEWS, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon Gillis appeals the district court's order dismissing his civil suit for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Gillis v. Walsh</u>, No. CA-98-556-R (W.D. Va. Nov. 25, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>